UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>No. 11-MD-2296 (RJS)<br>No. 12-MC-2296 (RJS) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendants. | Individual Action<br>No. 12-CV-6055 (RJS) |

**NOTICE OF DEFENDANTS CITIGROUP GLOBAL MARKETS INC. AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S PHASE TWO MOTION TO DISMISS THE *CITIGROUP* ACTION (PHASE TWO MOTION NO. 10)**

PLEASE TAKE NOTICE that defendants Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith (together, the "Defendants"), upon the accompanying Memorandum of Law in Support of the Defendants' Phase Two Motion to Dismiss the *Citigroup* Action, dated May 23, 2014 (Phase Two Motion No. 10), the accompanying Declaration of Andrew G. Gordon, dated May 23, 2014, all exhibits attached thereto, and all other papers herein, hereby move this Court pursuant to the Phase Two Motion Protocol for an order dismissing with prejudice in its entirety the First Amended Complaint in *Kirschner v. Citigroup Global Markets Inc.*, No. 12-cv-6055 (D.I. 230) pursuant to Fed. R. Civ. P. 12(b)(1) & (6).

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to the Phase Two Motion Protocol, opposition papers, if any, must be submitted no later than June 23, 2014, and reply papers, if any, must be submitted no later than July 3, 2014.

Dated: May 23, 2014
      New York, New York

| O'MELVENY & MYERS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: */s/ Daniel L. Cantor*<br>   Daniel L. Cantor<br>   dcantor@omm.com<br>   Evan M. Jones<br>   ejones@omm.com<br>   Daniel S. Shamah<br>   dshamah@omm.com<br><br>7 Times Square<br>New York, New York 10036<br>Tel. (212) 326-2000<br>Fax (212) 326-2061<br><br>*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated* | By: */s/ Andrew G. Gordon*<br>   Andrew G. Gordon<br>   agordon@paulweiss.com<br>   Kira A. Davis<br>   kdavis@paulweiss.com<br><br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel. (212) 373-3000<br>Fax (212) 757-3990<br><br>*Attorneys for Defendant Citigroup Global Markets Inc.* |