UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>No. 11-MD-2296 (RJS)<br>No. 12-MC-2296 (RJS) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendants. | Individual Action<br>No. 12-CV-6055 (RJS) |

**DECLARATION OF ANDREW G. GORDON IN SUPPORT OF CITIGROUP GLOBAL MARKETS INC. AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S PHASE TWO MOTION TO DISMISS THE *CITIGROUP* ACTION (PHASE TWO MOTION NO. 10)**

ANDREW G. GORDON declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant Citigroup Global Markets Inc ("CGMI"). I make this declaration in support of CGMI and Merrill Lynch, Pierce, Fenner & Smith Incorporated's ("MLPFS") Phase Two motion to dismiss the *Citigroup* Action, dated May 23, 2014 (Phase Two Motion No. 10). I am admitted to practice before this Court.

2. Attached as Exhibit A is a true and correct copy of the CGMI Engagement Letter, dated October 27, 2006.

-2-

3.   Attached as Exhibit B is a true and correct copy of the MLPFS Engagement Letter, dated October 17, 2005.

4.   Attached as Exhibit C is a true and correct excerpt of the Tribune Company Senior Credit Facility, dated May 17, 2007.

5.   Attached as Exhibit D is a true and correct excerpt of the Tribune Company Bridge Facility, dated December 20, 2007.

6.   Attached as Exhibit E is a true and correct excerpt of the July 7, 2010 Sworn Examination of Rosanne Kurmaniak, taken in connection with the filing of the Report of Kenneth N. Klee, as Examiner, in *In re: Tribune Co.*, No. 08-13141.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at:   New York, New York
               May 23, 2014

                                             /s/ Andrew G. Gordon
                                             Andrew G. Gordon, Esq.