**EXHIBIT C**

EXECUTION COPY

$8,028,000,000

CREDIT AGREEMENT

Dated as of May 17, 2007

Among

TRIBUNE COMPANY

as Borrower

THE INITIAL LENDERS NAMED HEREIN

as Initial Lenders

JPMORGAN CHASE BANK, N.A.

as Administrative Agent

MERRILL LYNCH CAPITAL CORPORATION

as Syndication Agent

CITICORP NORTH AMERICA, INC.,

BANK OF AMERICA, N.A.

and

BARCLAYS BANK PLC

as Co-Documentation Agents

and

J.P. MORGAN SECURITIES INC.,
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,
CITIGROUP GLOBAL MARKETS INC.
**and**
BANC OF AMERICA SECURITIES LLC

as Joint Lead Arrangers and Joint Bookrunners

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0520774

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed by their respective authorized officers as of the day and year first above written.

                    TRIBUNE COMPANY

                    By: _____
                    Name:
                    Title:

[amendment no. 1]

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520893

JPMORGAN CHASE BANK, N.A.,
as Agent

By: _____
Name: ROBERT ANASTASIO
Title: VICE PRESIDENT

[amendment no. 1]

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520894

JPMORGAN CHASE BANK, N.A.,
as a Lender

By: _____
Name: ROBERT ANASTASIO
Title: VICE PRESIDENT

Bank of America, N.A.,
as Co-Documentation Agent and Lender

By: _____
Name: Daniel R. Petrik
Title: Senior Vice President

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

BARCLAYS BANK PLC,
as a Lender

By: *[signature]*

Name: David Barton
Title: Associate Director

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520897

TRB0520898

CITICORP NORTH AMERICA, INC.,
as a Lender

By: _____
Name: Julie Persily
Title: VP and Managing Director

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

CIT Lending Services, Inc.

as a Lender

By: _____
Name: Charles J. Dreifus
Title: Vice President

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520899

LaSalle Bank National Association
as a Lender

By: _____
Name: Paul B. Cronin
Title: Senior Vice President

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520900

<u>Lehman Brothers Commercial Bank,</u>
   as a Lender

By: _____
Name: George Janes
Title: Chief Credit Officer

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520901

Merrill Lynch Capital Corporation,
as a Lender

By: _____
Name: David Teulon
Title: Vice President

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520902

**Sumitomo Mitsui Banking Corporation,**
as a Lender

By: _____
Name:
Title: Yoshihiro Hyakutome
General Manager

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0520903