# EXHIBIT D

EX-4.1 4 exhibit4-1.htm

**Exhibit 4.1**

**Execution Version**

---

**$1,600,000,000**

**SENIOR UNSECURED INTERIM LOAN AGREEMENT**

Dated as of December 20, 2007

Among

**TRIBUNE COMPANY**

as Borrower

**THE INITIAL LENDERS NAMED HEREIN**

as Initial Lenders

**MERRILL LYNCH CAPITAL CORPORATION**

as Administrative Agent

**JPMORGAN CHASE BANK, N.A.**

as Syndication Agent

**CITICORP NORTH AMERICA, INC.**

and

**BANK OF AMERICA, N.A.**

as Co-Documentation Agents

and

**J.P. MORGAN SECURITIES INC.,**
**MERRILL LYNCH & CO.,**
**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,**
**CITIGROUP GLOBAL MARKETS INC.**
and
**BANC OF AMERICA SECURITIES LLC**

as Joint Lead Arrangers and Joint Bookrunners

---

Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005

894358

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective officers thereunto duly authorized, as of the date first above written.

TRIBUNE COMPANY

By: /s/ Chandler Bigelow
    Name: Chandler Bigelow
    Title: Vice President

MERRILL LYNCH CAPITAL CORPORATION,
as Agent and Lender

By: /s/ David Tuvlin
    Name: David Tuvlin
    Title: Vice President

JPMORGAN CHASE BANK, N.A.,
as Syndication Agent and Lender

By: /s/ John Kowalczuk
    Name: John Kowalczuk
    Title: Vice President

CITICORP NORTH AMERICA, INC.,
as Lender

By: /s/ Julie Persily
    Name: Julie Persily
    Title: Managing Director

BANC OF AMERICA BRIDGE LLC,
as Lender

By: /s/ James G. Rose
    Name: James G. Rose
    Title: Managing Director

S-1

LEHMAN BROTHERS COMMERCIAL BANK,
as Lender

By: /s/ George Janes
    Name: George Janes
    Title: Chief Credit Officer

LASALLE BANK NATIONAL ASSOCIATION,
as Lender

By: /s/ Jason Guerra
    Name: Jason Guerra
    Title: Assistant Vice President

BARCLAYS BANK PLC,
as Lender

By: /s/ David Barton
    Name: David Barton
    Title: Associate Director

SUMITOMO MITSUI BANKING CORPORATION,
as Lender

By: /s/ Yoshihiro Hyakutome
    Name: Yoshihiro Hyakutome
    Title: General Manager

S-2

Case 1:12-cv-06055-DLC    Document 79-4    Filed 05/23/14    Page 5 of 5