# EXHIBIT E

```
                                                                    1

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE

                      No. 08-13141 (KJC)

                   (CONFIDENTIAL TRANSCRIPT)

     ------------------------------------------x

     IN RE:

     TRIBUNE COMPANY, et al.

     ------------------------------------------x




                 DEPOSITION OF:  ROSANNE KURMANIAK

                      Wednesday, July 7, 2010

                         New York, New York




     Reported in stenotype by:

     Rich Germosen, CCR, CRCR, RPR, CRR, CLR
```

15

1  substance of this examination confidential because
2  we are still talking to other witnesses who we
3  want to have fresh access to.
4              THE WITNESS:  Okay.
5              MR. MONK:  Okay?
6              THE WITNESS:  Thank you.
7              (Whereupon, the court reporter
8  administers the oath to the witness.)
9
10  R O S A N N E   K U R M A N I A K,
11  conducting business at Citigroup Global Markets,
12  Inc., 388 Greenwich Street, New York, New York
13  10013, having been first duly sworn or affirmed by
14  a Notary Public within and for the States of New
15  York and New Jersey, was examined and testified as
16  follows:
17  EXAMINATION BY MR. MONK:
18       Q.     Have you ever been deposed before?
19       **A.     First time.**
20       Q.     All right.
21              So the only thing you've got to
22  remember in this process is this handsome